**Attachment 5 - Application to Proceed *In Forma Pauperis* and Financial Affidavit in Support (Austin Division ONLY)**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
NOV 3 0 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

John Doe, pro se                                §
                                                §
V.                                              §  Case No. 1:23CV01458 DII
                                                §
Charter Communications,                         §
HireRight LLC,                                  §
Paul Ferguson, Clerk of Arlington, Virginia     §

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## AND FINANCIAL AFFIDAVIT IN SUPPORT

I, __J. E. Pendleton__ declare that I am the Applicant in the above-entitled proceeding. I am requesting permission to proceed without being required to prepay fees, costs, or give security therefor. In support of my application, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor and I believe I am entitled to relief. The nature of my action is briefly stated as follows:

FCRA, ADA, 14th Amendment Complaint

In further support of this application, I answer the following questions:

**Applicant's Name:** J. E. Pendleton

**Applicant's Home Address:** 2501 Manor Rd #216, Austin, TX 78722

### Questions Regarding Ability to Pay

**Employment**:

Are you now employed?   Yes ☒   No ☐   Am Self Employed ☐

If yes, how much do you earn per month?   $ ~2,400

If no, give month and year of last employment: _____

How much did you earn per month?   $ _____

36

Name and Address of current or prior employer:  TARGET
9400 Tuscany Way, Austin, TX

If married, state Spouse's name: _____

Is your Spouse employed?   Yes ☐ No ☐

If working, how much does your spouse earn?   $ _____

Do you receive any funds from relatives or for child support?   If so, how much per month do you receive?  $ _____

**Other Income:**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments (such as Social Security benefits), or other sources, including government benefits (such as A.F.D.C. or Social Security disability benefits)?   Yes ☐   No ☒

If yes, give the amount and identify the sources:

| Received | Sources |
|---|---|
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |

37

Rev. Ed. October 26, 2017

## Cash:

Have you any cash on hand or money in savings or checking accounts?    Yes ☒  No ☐

If yes, state total amount:  $ __~500_____

If neither you nor your spouse receive income of any kind, how are you able to pay for food and shelter?

_____

## Property:

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    Yes ☐ No ☒

If yes, give value and describe it and say in whose name the property is registered.

| Value | Description |
|---|---|
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |

## Family Status and Dependents:

Marital Status:    Single ☒    Married ☐    Widowed ☐    Separated ☐   or   Divorced ☐

Total Number of Dependents:_____

Are any of your dependents employed?   If so, where:

_____

How much do your dependent(s) earn monthly?    $ _____

List persons you actually support, your relationship to them:

_____

Do you pay alimony or child support or any other court-ordered payments?   Yes ☐   No ☐

If yes, list how much and describe:

_____

**Monthly Debts of Applicant and/or Dependents**

| Type of Debt | Name of Creditor |
|---|---|
| | Total Debt |
| | Payment |

| | |
|---|---|
| _____ | _____ |
| | $ _____ |
| | $ _____ |
| _____ | _____ |
| | $ _____ |
| | $ _____ |
| _____ | _____ |
| | $ _____ |
| | $ _____ |
| _____ | _____ |
| | $ _____ |
| | $ _____ |

**Monthly Expenses of Applicant and/or Dependents**

Rent or House Payment:      $ _____ 1450

Electric & Water Bills:     $ _____ 150

Gas:                        $ _____

Phone:                      $ _____ 20

Insurance:                  $ _____

    For what purpose: _____

Prescriptions: $ 30

    For what purpose: blood pressure

Transportation/Car Payments: $ _____

    For what purpose: _____

Medical Bills: $ _____

    For what purpose: _____

Legal Bills: $ _____

    For what purpose: _____

Loans: $ _____

    For what purpose: _____

Miscellaneous: $ 500

    For what purpose: food

Is there any more information the Court should consider in making its determination?

I'm broke because of the information illegally disclosed in this Complaint.

## AFFIDAVIT OF APPLICANT

I declare under penalty of perjury the above answers and statements to be true and correct to the best of my knowledge. I understand that this affidavit will become an official part of the United States District Court files and that any false or dishonest answer or statements knowingly made by me in this Financial Affidavit are illegal and may subject me to criminal penalties, including any applicable fines or imprisonment, or both.

Signature: _____

Printed Name:  J. E. Pendleton

Date:  November 29th, 2023