```
                                                    FILED
                                                 January 01, 2024
                                              CLERK, U.S. DISTRICT COURT
                                              WESTERN DISTRICT OF TEXAS

                                              BY: _____DM_____
                                                         DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JOHN DOE**,<br><br>Plaintiff, *pro se*<br><br>v.<br><br>**CHARTER COMMUNICATIONS**, a Connecticut corporation, and **HIRERIGHT**, a Tennessee corporation,<br>**PAUL FERGUSON**, Clerk of the Circuit Court of Arlington County, Virginia,<br><br>Defendants. | Case No.: 1:23-cv-01458-DII<br><br>MOTION TO SEAL |

Consistent with the Fifth Amendment of the U.S. Constitution and the requested protective order (Dkt. No. 5) — regardless of the outcome of this litigation, Plaintiff asks the Court to permanently seal the financial affidavit (No. 2) and the "Order and Report" of the Magistrate Judge (No. 8) because they are potentially incriminating.

Dated this **31st day of December, 2023.**

/s/ John Doe
_____
JOHN DOE
Plaintiff, *pro se*
Austin, TX