IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
|     Plaintiff, | § § § | |
| v. | § | 1:23-CV-1458-DII |
| CHARTER COMMUNICATIONS LLC, HIRERIGHT LLC, and PAUL FERGUSON, Clerk of the Circuit Court of Arlington County, Virginia, | § § § § § § | |
|     Defendant. | § | |

## FINAL JUDGMENT

On this date, the Court entered an order dismissing Plaintiff's claims as frivolous pursuant to 28 U.S.C. § 1915(a)(1). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on January 22, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE